IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CESAR A. VILLAZANO,

       Petitioner,

v.

       Case No.  5D22-1421
       LT Case No. 2007-034013-CFAES

STATE OF FLORIDA,

       Respondent.
_____/

Opinion filed July 1, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Cesar A. Villazano, Bowling Green,
pro se.

Ashley Moody, Attorney General
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General,  Daytona Beach, for
Respondent

PER CURIAM.

     The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

February 25, 2022 order denying motion to correct illegal sentence, filed in Case 2007-034013-CFAES, Volusia County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

LAMBERT, C. J., WALLIS and NARDELLA, JJ., concur.